**STATE of Missouri, Respondent,**

v.

**Kimberly HALL, Appellant.**

**No. WD 38587.**

Missouri Court of Appeals,
Western District.

March 17, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from jury trial conviction of two counts of forgery, section 570.090.1(4), RSMo 1978, and sentence to concurrent four-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).